IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUL 26 2012
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA,
Plaintiff,

v.  Criminal No. 2:11CR20060-001

KEOLAMPONE XAYAVONG,
Defendant.

## FINAL ORDER OF FORFEITURE

On March 16, 2012, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 15). In the Preliminary Order of Forfeiture, the following assets were forfeited to the United States: a Harrington & Richardson, .410 shotgun, serial number AU401548, a Hi Point, model C9 9mm caliber pistol, serial number P218405, a firearm silencer, and any accompanying ammunition.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 28 U.S.C. § 2461(c), incorporating by reference 21 U.S.C. 853(n)(1). On June 15, 2012, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed.R.Crim.P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on March 16, 2012, shall become final at this time.

IT IS SO ORDERED this 26th day of July, 2012.

_____
HONORABLE P.K. HOLMES, III
CHIEF UNITED STATES DISTRICT JUDGE